In the Supreme Court of Georgia

Decided: April 19, 2021

S21Y0705.  IN THE MATTER OF MAJD M. GHANAYEM.

PER CURIAM.

This disciplinary matter is before the Court on the Report and Recommendation of the State Disciplinary Review Board addressing a Notice of Reciprocal Discipline issued to Respondent Majd M. Ghanayem (State Bar No. 710152) pursuant to Rule 9.4 of the Georgia Rules of Professional Conduct. See Bar Rule 4-102 (d). After an unsuccessful attempt at personal service, the State Bar pursued service by publication. Ghanayem was served by publication pursuant to Bar Rule 4-203.1 (b) (3). He has not filed any objection to the imposition of reciprocal discipline, which arose out of a Judgment of Disbarment entered against Ghanayem by the State Bar of Texas, District 14 Grievance Committee Evidentiary Panel 14-1 ("Evidentiary Panel") on December 19, 2019. After a hearing at

which Ghanayem was present, the Evidentiary Panel found that Ghanayem lived in Taylor County, Texas, and was licensed to practice law in Texas; that in 2015, a Texas client hired Ghanayem to file an involuntary relinquishment of parental rights action against the biological father of her son; that Ghanayem neglected the legal matter entrusted to him by failing to file a petition for an involuntary relinquishment of parental rights until March 2017; that Ghanayem failed to keep the client reasonably informed about the status of her matter and failed to promptly respond to reasonable requests for information; and that Ghanayem engaged in conduct involving dishonesty, fraud, deceit or misrepresentation by misrepresenting the status of the matter to his client and by providing her with a fraudulent order and forged signature of a judge. The Evidentiary Panel found that by his conduct Ghanayem violated various Texas Disciplinary Rules of Professional Conduct relating to his failure to provide competent and diligent representation, his failure to communicate with his client, and his dishonest conduct in forging a court order. Based on a review of the

2

disciplinary procedures and rules in Texas and the corresponding disciplinary procedures and rules in Georgia, the Review Board concluded that disbarment would be an appropriate level of discipline in Georgia for similar misconduct and found no basis for recommending anything other than substantially similar discipline. See Georgia Rules of Professional Conduct, Rule 9.4 (b) (3) (i) - (vi). Thus, the Review Board recommends that the Court disbar Ghanayem, who has been a member of the Texas Bar since 2011 and the Georgia Bar since December 2013. Neither Ghanayem nor the State Bar has filed objections to the Review Board's report.

Having reviewed the record, we agree with the Review Board that disbarment is the appropriate sanction in this reciprocal discipline matter. Accordingly, it is ordered that the name of Majd M. Ghanayem be removed from the rolls of persons authorized to practice law in the State of Georgia. Ghanayem is reminded of his duties pursuant to Bar Rule 4-219 (b).

*Disbarred. All the Justices concur.*